UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

    Monique D. Edmonds                            Case No. 11-36605-KRH

Debtor                                                    Chapter 13

    8011 Provincetown Drive

    Richmond, VA 23235

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any) 2068

## ORDER APPROVING ATTORNEY COMPENSATION

       The attorney for Debtors(s) filed an application for supplemental compensation stating that he is entitled to receive as supplemental compensation the amount of $500.00 in connection with a motion to modify loan terms filed with this Court on 11/05/2013. The order having been entered by the Court on 12/16/2013. There being no objection filed to the application for compensation in this matter to date in the amount of $500.00 and that the Chapter 13 trustee, Carl M. Bates, is authorized to pay an additional $500.00 to Christian D. DeGuzman from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

Mar 7 2014                             UNITED STATES BANKRUPTCY COURT

                                      By /s/ Kevin R. Huennekens
                                                          Judge

Notice of Order Entered on Docket
3/7/14

I ask for this:
/s/ Christian D. DeGuzman
Christian D. DeGuzman (VSB#79336)
Attorney for Debtor
JANAF Office Building Suite 507
5900 E. Virginia Beach Blvd.
Norfolk, VA 23502
Tel: (757)333-7336
Fax: (757)333-7873

Seen and agreed

/s/ Carl M. Bates_____
Carl M. Bates

Certification

I hereby certify that this Order has been endorsed by all necessary parties to this matter.

/s/ Christian D. DeGuzman
Christian D. DeGuzman

Please send a copy of this Order to:

Carl M. Bates
P. O. Box 1819
Richmond, VA 23218-1819


Monique D. Edmonds
Debtor
8011 Provincetown Drive
Richmond, VA 23235